UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE L. CONTRERAS

Plaintiffs

Vs.                                              Civil No. 96-1989 (SEC)

HOSPITAL DR. DOMINGUEZ,
ET. AL.

Defendants

------------------------

**MOTION FOR WITHDRAWAL OF SETTLEMENT FUNDS**

TO THE HONORABLE COURT:

NOW COME co-plaintiff Julianne Contreras Meléndez, represented by the undersigned attorneys, and respectfully allege and pray:

1. On May 12th, 1999, this Honorable Court approved a settlement stipulation in the present case, which included certain monies that would be kept deposited at Court for the benefit of minor Julianne Contreras Meléndez. (See Exhibits I a and b).

2. As per the birth certificate attached to this motion as Exhibit II, Ms. Julianne Contreras is no longer a minor, and therefore, she requests this Honorable Court to allow her to withdraw the funds that were deposited in this Court to her benefit, plus all interests that might have accrued since their deposit.

I CERTIFY: That on this same date, we have notified a true copy of this document to counsel Jorge López and Roberto Ruíz Comas, at their addresses of record.

2

AT SAN JUAN, PUERTO RICO, THIS 21st DAY OF JUNE, 2007.

**S/JAIME F. AGRAIT LLADO**
USDC 207012
**AGRAIT-LLADO LAW FIRM**
P.O. BOX 19-5193
SAN JUAN P.R. 00919-5193
TEL. 753-7130
FAX. 763-1594
email:JFAgraitLaw@aol.com