IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE L. CONTRERAS GONZÁLEZ, et al.,

Plaintiffs

v.   Civil No. 96-1989 (SEC)

HOSPITAL DOCTOR DOMINGUEZ, INC., et al.,

Defendants

## PARTIAL JUDGMENT

Pursuant to the Order of even date regarding the approval of the settlement agreement, Partial Judgment is hereby entered as to plaintiffs Jorge L. Contreras González, his wife Ana Meléndez Rodríguez, and their conjugal partnership. The complaint is dismissed with prejudice and without the imposition of costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of May, 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

