IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE L. CONTRERAS GONZALEZ, et al.,

Plaintiffs

v.

HOSPITAL DOCTOR DOMINGUEZ, INC., et al.,

Defendants

Civil No. 96-1989 (SEC)

## ORDER

Having reviewed the affidavit submitted by plaintiffs on behalf of the minors, same is hereby found to be acceptable. The stipulation of settlement as to minors Julianne Contreras Meléndez and Jorge Rafael Contreras Meléndez is hereby Approved. The terms and conditions of said agreement are incorporated and made part of this order by reference. The complaint filed by Jorge L. Contreras González and Ana Meléndez Rodríguez on behalf of the minors is dismissed with prejudice and without the imposition of costs and attorneys' fees.

The stipulation agreement is ordered to be kept sealed until further order from the court.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of May 1999.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE