# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)

**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-86-01269-029372-144038

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
JULIANNE CONTRERAS MELENDEZ

DOMICILIO (DWELLING HOUSE)
GURABO, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)     FECHA INSCRIPCION (REGISTRATION DATE)
28 JUN 1986                      07 JUL 1986

LUGAR NACIMIENTO (BIRTHPLACE)                                 SEXO (SEX)
HUMACAO, PUERTO RICO                                          F

NOMBRE DEL PADRE (FATHER'S NAME)                              EDAD (AGE)
JORGE LUIS CONTRERAS                                          31

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
SAN LORENZO, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)                            EDAD (AGE)
ANA JULIA MELENDEZ                                            27

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
HUMACAO, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
22 FEB 1993

*********************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931



SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



**ADVERTENCIA:** Cualquier alteración o borradura cancela ésta certificación.
**WARNING:** Any alteration or erasure voids this certification.

MOORE BUSINESS FORMS